UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 17 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER § § § § § VS. § § CITY OF CORPUS CHRISTI § § | C-00-066 CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW, The City of Corpus Christi, Defendant in the above-entitled and numbered cause, and files this its Notice of Removal and in support thereof would show the Court the following:

**I.**

This lawsuit was initially filed in the 347th State District Court in Nueces County, Texas ("State Court") in Cause No. 00-363-H, styled *Mary Collins, Thomas Murphy, Robert Polanco, Mark Wagner, John Campbell and Weldon Walker vs. The City of Corpus Christi*, and that cause is currently pending in said court.

**II.**

Cause No. 00-363-H is an action in which Plaintiffs claim that Defendant violated 29 USC 201 et seq (Fair Labor Standards Act) during the course of their employment.

**III.**

This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S. Code §1331 which states, in pertinent part:

"The District Court shall have original jurisdiction of all civil actions arising under the Constitution, Laws, or Treaties of the United States.",

and removal to this Court is proper pursuant to 28 U.S. Code §1441 and 29 U.S.C. 216(b).

**IV.**

Copies of the process and pleadings in Cause No. 00-363-H are attached to this Notice of Removal. To the knowledge of the Defendant, no other proceedings or pleadings have occurred in that cause.

**V.**

This Notice of Removal is filed with this Court within 30 days after receipt of Plaintiffs' Original Petition which alleges Plaintiffs' cause of action.

**VI.**

A copy of this Notice of Removal is also being filed with the Clerk of the State Court in which Cause No. 00-363-H was originally filed.

**VII.**

Defendant City of Corpus Christi is the only Defendant named and served in this action. Defendant has previously filed an answer in state court.

**VIII.**

Promptly after filing this Notice of Removal, written notice of such filing is being given to all parties as required by law.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the action now pending in the District Court of Nueces County, Texas under Cause No. 00-363-H be removed from the 347th Judicial District Court of Nueces County, Texas to this court; that this Court assume jurisdiction in this cause and make such orders as necessary or required herein; and that Defendant have such other and further relief, both general and special, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

James R. Bray, Jr.
City Attorney

By: _____

**Peter G. Merkl**
**Assistant City Attorney**
State Bar I.D. No. 13955300
Admission No.13564

Attorney-in-charge for Defendant
City of Corpus Christi

City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the **17th** day of **February, 2000**, via certified mail, return receipt requested to the following named individuals, to wit:

**VIA CM/RRR Z 579 823 678:**
Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

**VIA CM/RRR Z 579 823 679:**
Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

_____
Peter G. Merkl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER | § § § § § | |
| | § | CIVIL ACTION NO. _____ |
| VS. | § § | |
| CITY OF CORPUS CHRISTI | § § | |

## LIST OF PARTIES AND THEIR ATTORNEYS

**Plaintiffs:** Mary Collins, Thomas Murphy, Robert Polanco, Mark Wagner, John Campbell, and Weldon Walker

**Plaintiffs' Attorneys:**

Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517
Phone: (361) 888-4342
Fax: (361) 883-3433

Kim Cox
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, TX 78463
Phone: (361) 882-5404
Fax: (361) 855-8815

**Defendant:** City of Corpus Christi

**Attorney for Defendant:**
Peter G. Merkl
Assistant City Attorney
City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277
Phone: (361) 880-3360
Fax: (361) 880-3239

By: _____
**Peter G. Merkl**
**Assistant City Attorney**
State Bar I.D. No. 13955300
Admission No. 13564
Attorney-in-charge for Defendant
City of Corpus Christi Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the **17th** day of **February, 2000**, via certified mail, return receipt requested to the following named individuals, to wit:

**VIA CM/RRR Z 579 823 678:**
Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

**VIA CM/RRR Z 579 823 679:**
Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

                                                    Peter G. Merkl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER | § § § § § | |
| | § | CIVIL ACTION NO. _____ |
| VS. | § § | |
| CITY OF CORPUS CHRISTI | § § | |

## LIST OF STATE COURT PLEADINGS

1.  Docket Sheet

2.  Plaintiffs' Original Petition

3.  Defendant City of Corpus Christi's Original Answer to Plaintiffs' Original Petition


By: /s/ *[signature]*

Peter G. Merkl
**Assistant City Attorney**
State Bar I.D. No. 13955300
Admission No. 13546
Attorney-in-charge for Defendant
City of Corpus Christi

City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM03.PLD    1

## **CERTIFICATE OF SERVICE**

  I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the **17th** day of **February, 2000**, via certified mail, return receipt requested to the following named individuals, to wit:

**VIA CM/RRR Z 579 823 678:**
Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

**VIA CM/RRR Z 579 823 679:**
Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

_____
Peter G. Merkl

```
RUN DATE 02/10/2000
RUN TIME  2:14 PM                      * * *  C L E R K ' S   E N T R I E S
```

COLLINS, MARY, ET AL

vs

CORPUS CHRISTI, CITY OF

\* \* \* DOCKET ENTRIES \* \* \*

\* \* \* DOCUMENTS FILED \* \* \*

```
01/21/2000  ORIGINAL PETITION FILED
01/21/2000  CIVIL CASE INFO SHEET/CZ
01/21/2000  SVC INFO SHEET/CZ
01/21/2000  CVR LTR NO SVC RQSTED/CZ
```

CAUSE NO. _____

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY § | | IN THE DISTRICT COURT |
| ROBERT POLANCO, MARK WAGNER § | | |
| JOHN CAMPBELL and WELDON § | | |
| WALKER § | | |
|     Plaintiffs. § | | |
| § | | |
| VS. § | | \_\_\_\_ JUDICIAL DISTRICT |
| § | | |
| CITY OF CORPUS CHRISTI § | | NUECES COUNTY, TEXAS |
|     Defendants § | | |

**PLAINTIFFS' ORIGINAL PETITION**

Now come Plaintiffs, complaining of the City of Corpus Christi, Texas, Defendant, and for a cause of action would respectfully show the Court as follows:

**I.**

Jurisdiction is conferred upon this Court by 28 U.S.C. §1331 and 29 U.S.C. §216(b). This action arises under the Fair Labor Standards Act of 1938, 29 U.S.C. §201 et. seq. ("FLSA") and under §142.001, et. seq. of the Texas Local Government Code, VTCA (1998 Supp.).

**II.**

Plaintiffs are, or were firefighters presently, or formerly, employed by Defendant, the City of Corpus Christi, Texas ("the City) and are employees as defined in §3(2)(c) of the FLSA. 29 U.S.C. §203(2)(C). Defendant is a duly constituted and authorized municipality in the State of Texas, and is subject to the jurisdiction of this Court as an employer of the Plaintiff's pursuant to §3(d) of the FLSA. 29 U.S.C. §203(d). Defendant may be

1

served with process in this cause by serving the City Secretary of Corpus Christi, Texas at 1201 Leopard Street, Corpus Christi, Texas 78401.

### III.

In addition to the Plaintiffs named above, all other similarly situated persons, that is, all persons presently or formerly employed by Defendant City of Corpus Christi Firefighters Department (CCFF), are members of the Plaintiff class. This claim is maintained as a class action under and pursuant to the statutory requirements of the FLSA, 29 U.S.C. §216(b).

### IV.

All the Plaintiffs named above, and similarly situated persons as defined above, bring this action to recover unpaid compensation due them under §7 of the FLSA, and an additional equal amount as liquidated damages. Plaintiffs also seek attorney's fees and costs as authorized by §16(b) of the FLSA. Written consents of each of the Plaintiffs, as required by 29 U.S.C. §216(b), are attached to this Complaint as Exhibit A and are being filed with the Court simultaneously with filing of this Petition.

### V.

At all times hereinafter mentioned, the Defendant has employed and continues to employ a substantial number of employees of the Corpus Christi Firefighters Department in Corpus Christi, Texas. At all times relevant to this lawsuit, the Defendant and its said employees, including the Plaintiffs, have been and remain engaged in commerce with the meaning of §3(b) of the FLSA. 29 U.S.C. §

2

203(b).

### VI.

Defendant is at present, and was at all times hereinafter mentioned, engaged in the performance of related activities through unified operation or common control for a common business purpose and is an enterprise within the meaning of §3(r) of the FLSA. 29 U.S.C. §203(r). At all times relevant to this lawsuit, Defendant has had many employees engaged in commerce and has been and remains as establishment of an enterprise engaged in commerce within the meaning of §3(s)(6) of the FLSA. 29 U.S.C. §203(s).

### VII.

Defendant is, and at all times material hereto was, a public agency within the meaning of §3(x) of the FLSA. 29 U.S.C. §203(x).

### VIII.

Defendant has repeatedly and willfully violated, and continues to willfully violate §7 of the FLSA by failing to pay Plaintiffs and other similarly situated employees, or former employees, for the hours worked by such employees in excess of forty (40) hours per week at a rate not less than one and one-half times the regular hourly rate at which such employees are compensated. 29 U.S.C. §207.

In its Agreement with the Corpus Christi Firefighters Department, the City also agreed to pay Plaintiffs for time in excess of 40 hours in a work week at the rate of time and one-half of the employee's regular straight-time hourly rate of pay, yet Defendant has willfully failed to honor that agreement and

3

continues to do so.

## IX.

Defendant has repeatedly and willfully violated, and continues to willfully violate §142 of the Texas Local Government Code by requiring Plaintiffs and other similarly situated employees, or former employees, to work more hours during a calendar week than the number of hours in the normal work week of the majority of the employees of the municipality other than firefighters and police officers. V.T.C.A., Local Government Code §142.0015(f). Moreover, Defendant has repeatedly and willfully violated, and continues to willfully violate §142 of the Texas Local Government Code by failing to compensate Plaintiffs, and other similarly situated persons, for the hours worked by such employees in excess of forty (40) hours per week at a rate not less than one and one-half times their regular hourly rate. V.T.C.A., Local Government Code §142.0015(h).

## X.

Plaintiffs have suffered and continue to suffer damages as a result of the Defendants' failure and refusal to pay proper compensation, as shown above, in an amount which is uncertain and presently increasing because of the Defendants' continued violations of the FLSA and §142 of the Texas Local Government Code. Plaintiffs are entitled to a judgment granting them damages in the amount of the difference between the partial wages actually received by the Plaintiffs and the full wages they are entitled to recover under law, including all uncompensated straight time and

overtime wages for hours worked in regular duties as required by the FLSA and §142, together with an additional equal amount as liquidated damages as specifically authorized by §16(b) of the FLSA.29 U.S.C. §216(b).

## XI.

Plaintiffs are also entitled to a recovery of reasonable attorney's fees and costs as specifically authorized by §16(b) of the FLSA, as well as pre and post-judgment interest herein.

## XII.

Plaintiffs demand a trial by jury.

WHEREFORE, cause having been shown, Plaintiffs pray judgment be granted:

(1) Ordering the Defendant to pay the Plaintiffs and all other similarly situated employees unpaid compensation found due by the Court as a result to Defendant's violations of 29 U.S.C. §207, and §142 of the Texas Government Code together with pre-and post-judgment interest thereon and an additional equal amount as liquidated damages;

(2) Ordering the Defendant to pay Plaintiffs' reasonable costs in this action;

(3) Ordering the Defendant to pay reasonable attorney's fees; and,

(4) Providing such further relief as is just and necessary.

5

Respectfully submitted,

*[signature: Kathleen L. Day]*

KATHLEEN L. DAY
LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, TX  78403-1517
(361) 888-4342
(361) 883-3433   Facsimile

KATHLEEN L. DAY
TX. BAR NO. 05610300


KIM COX
ATTORNEY AT LAW
1014 Texas Ave.
P.O. Box 331394 (78463-1394)
Corpus Christi, TX  78404
(361) 882-5404
(361) 855-8815 facsimile

*[signature: Kim Cox]*

KIM COX
TX BAR NO. 04951500

6

CAUSE NO. 00-363-H

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, | § | IN THE DISTRICT COURT |
| ROBERT POLANCO, MARK WAGNER, | § | |
| JOHN CAMPBELL AND WELDON WALKER | § | |
| | § | 347TH JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| CITY OF CORPUS CHRISTI | § | NUECES COUNTY, TEXAS |

### DEFENDANT CITY OF CORPUS CHRISTI'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW City of Corpus Christi, Defendant herein, files this its Original Answer and for such answer would show the Court as follows:

### I.

### GENERAL DENIAL

Defendant generally denies each and every, all and singular, the allegations in Plaintiffs' Original Petition and states that such allegations are untrue and this Defendant demands strict proof thereof.

### II.

### DEFENSES

For further answer, if the same be necessary, Defendant pleads the defenses of governmental immunity or in the alternative, the exceptions, exclusions, and limitations of liability contained in the Civil Practice and Remedies Code Section 101.001 et. seq.

In the alternative, Defendant denies that all Plaintiffs are similarly situated.

Defendant asserts that statutes of limitation and/or laches bar this suit.

Defendant asserts that it acted in good faith.

In the alternative, Defendant asserts that Plaintiffs are exempt or partially exempt under applicable law.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant City of Corpus Christi prays that, upon final hearing, Plaintiffs take nothing against Defendant by reason of this suit, that Defendant go hence without day, and that Defendant recover its costs and have such other relief to which it may be justly entitled.

Respectfully submitted,

James R. Bray, Jr.
City Attorney

By: _____

**Peter G. Merkl**
Assistant City Attorney
State Bar I.D. No.13955300

ATTORNEYS FOR DEFENDANT
THE CITY OF CORPUS CHRISTI

City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277
(512) 880-3364
(512) 880-3239 FAX

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM01.PLD        2

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the _16th_ day of **February, 2000**, via certified mail, return receipt requested to the following named persons, to wit:

**VIA CM/RRR:**
Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

**VIA CM/RRR:**
Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

_/s/ Peter G. Merkl_
Peter G. Merkl