UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2000

Michael N. Milby, Clerk

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER § § § § § VS. § § CITY OF CORPUS CHRISTI § § | CIVIL ACTION NO. C-00-066 |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, CITY OF CORPUS CHRISTI, Defendant and files this its Certificate of Interested Parties, and would show as follows:

City of Corpus Christi - Defendant
P. O. Box 9277
Corpus Christi, Texas 78469-9277
(361) 880-3368

Former and Current Employees of the City of Corpus Christi Fire Department:

Mary Collins - Plaintiff
Thomas Murphy - Plaintiff
Robert Polanco - Plaintiff
Mark Wagner - Plaintiff
John Campbell - Plaintiff
Weldon Walker - Plaintiff

    Respectfully submitted,

    James R. Bray, Jr.
    City Attorney

By: _____
**Peter G. Merkl**
**Assistant City Attorney**
State Bar I.D. No. 13955300
Admission No.13564

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM08.PLD     1

ATTORNEY FOR DEFENDANT
CITY OF CORPUS CHRISTI
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277
(361) 880-3379 Telephone
(361) 880-3239 Facsimile

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the 28th day of **February, 2000**, via certified mail, return receipt requested to the following named individuals, to wit:

Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

_____
Peter G. Merkl

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM08.PLD    2