UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2000

Michael N. Milby, Clerk

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER § § § § | |
| VS. § § § | CIVIL ACTION NO. C-00-066 |
| CITY OF CORPUS CHRISTI § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendant and file this their Joint Discovery/Case Management Plan as follows:

I. Federal Jurisdiction

The parties agree that this court has jurisdiction of this matter pursuant to 28 U.S. Code 1331.

II. Other Related Cases Pending

Larry Young, et al. vs. City of Corpus Christi, Civil Action Number C-99-536.

III. Additional Parties or Financially Interested Entities

Plaintiffs assert this determination is dependent upon class certification.

IV. Anticipated Intervenors

None anticipated at this time.

V. Class Action Issues/Allegations

There are class action issues and allegations.

VI. Meeting of the Parties Counsel Pursuant to Rule 26(a)

The parties have met telephonically and in person on several occasions, most recently they met on March 7, 2000.

## VII. Disclosures Required by F.R.Civ.P. 26(a)

The disclosures will be made on or before April 14, 2000.

## VIII. Agreed Discovery Plan

**A.  When and to Whom Plaintiff intends to send Written Discovery**

Plaintiff anticipates sending discovery to Defendant by August 25, 2000.

**B.  When and to Whom Defendant intends to send Written Discovery**

Defendant City of Corpus Christi intends to send written discovery to the Plaintiff by August 25, 2000. Defendant City of Corpus Christi anticipates sending written discovery through deposition on written questions to persons with relevant knowledge.

**C.  Of Whom and When Plaintiff Anticipates Taking Oral Depositions**

None.

**D.  Of Whom and When Defendant Anticipates Taking Oral Depositions**

Defendant anticipates taking the oral deposition of the Plaintiffs.

Defendant anticipates taking the oral depositions of Plaintiffs' experts, when designated.

Defendant anticipates taking the oral depositions of any fact witnesses that are identified in the course of discovery.

Defendant anticipates taking the deposition on written questions of matters relating to Plaintiffs' employment and medical history.

Defendant may take additional depositions as the discovery progresses.

Defendant anticipates taking oral depositions by September 29, 2000, the date set in the scheduling order.

**E.  Expert Depositions Plaintiff Anticipates Taking and Anticipated Completion Date [Rule 26(a)(2)(B)]**

Plaintiff anticipates taking the deposition of any expert designated by Defendant by September 29, 2000.

**F.     Expert Depositions Defendant Anticipates Taking and Anticipated Completion Date [Rule 26(a)(2)(B)]**

Defendant anticipates taking the oral depositions of Plaintiff's experts when designated.

Defendant anticipates taking oral depositions of experts by September 29, 2000.

### IX. Disagreement to any Portion of Discovery Plan

None.

### X. Discovery Beyond Initial Disclosure Undertaken to Date

No formal discovery to date.

### XI. Anticipated Date for Completion of Planned Discovery

September 29, 2000.

### XII. Possibilities for Prompt Settlement Discussed in Rule 26 Meeting

Settlement discussions are continuing.

### XIII. Each Party Has Done to Bring About Resolution

The parties have discussed this matter both in person and on the phone.

### XIV. Alternative Dispute Resolution Techniques Reasonably Suitable

The parties are agreeable to non-binding mediation.

### XV. Consent to Trial by Magistrate

Not all parties consent.

### XVI. Timely Jury Demand?

A jury demand has been made.

## XVII. Pending Motions

None.

## XVIII. Other Matters Special to this Case

None.

## XIX. Counsel

**Plaintiff:**

    Kathleen L. Day
    P. O. Box 1517
    Corpus Christi, Texas 78403
    (361) 888-4342

    Kim Cox
    1014 Texas Avenue
    Corpus Christi, Texas 78404
    (361) 882-5404

**Defendant, City of Corpus Christi:**

    Peter G. Merkl, Assistant City Attorney
    P.O. Box 9277
    Corpus Christi, Texas 78469
    (361) 880-3360
    (361) 880-3239 Fax

## XX. Anticipated Length of Trial

The parties anticipate attempting to submit this case on stipulated issues.

Respectfully submitted,

_____
Kim Cox
Attorney for Plaintiffs
State Bar No.  04951500
Federal I.D. No.  346
1014 Texas Ave.
Corpus Christi, Texas 78404
(361) 882-5404
(361) 855-8815 Fax

_____
Peter G. Merkl, Assistant City Attorney
Attorney for Defendant
State Bar No. 13955300
Federal I.D. No. 13564
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469
(361) 880-3379
(361) 880-3239 Fax

_____
Kathleen L. Day
Attorney for Plaintiffs
State Bar No. 05610300
Federal I.D. No. 13976
P. O. Box 1517
Corpus Christi, Texas 78403
(361) 888-4342
(361) 883-3433 Fax