# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee DeSantis

**U.S.C.S.O.:** Eleazar Jaime

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED
APR 1 0 2000
MICHAEL N. MILBY
CLERK

**DATE:** April 10, 2000    **OPEN:** 1:13    **ADJOURN:** 1:32

**TAPE:** #1, 2

**CIVIL ACTION NUMBER:** C-00-66

Mary Collins, et al.    **COUNSEL:** Kathleen Day / Kim Cox

VS.

City of Corpus Christi    **COUNSEL:** Peter Merkl

(✓) IPTC: Case called. Appearances are made. Discussion of case matters. Court signs scheduling order. Court refers the parties to mediation. Court orders the parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court signs a general order. Adjourned.

5.