IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, | § | |
| ROBERT POLANCO, MARK WAGNER, | § | |
| JOHN CAMPBELL AND WELDON | § | |
| WALKER | § | |
| | § | |
| V. | § | C.A. NO. C-00-066 |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

### ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 10th day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE