UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, | § | |
| ROBERT POLANCO, MARK WAGNER, | § | |
| JOHN CAMPBELL AND WELDON | § | |
| WALKER | § | |
| | § | CIVIL ACTION NO. C-00-066 |
| VS. | § | |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER

This cause came on to be heard on the 30th day of June, 2000, on Defendant's Unopposed Motion for Leave to File Amended Answer, and as it appears that justice requires that such leave be given;

IT IS ORDERED that Defendant be granted leave to file its amended answer.

SIGNED this 30th day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE