UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2000

MICHAEL N. MILBY, CLERK

MARY COLLINS, THOMAS MURPHY, §
ROBERT POLANCO, MARK WAGNER, §
JOHN CAMPBELL AND WELDON §
WALKER §
§ CIVIL ACTION NO. C-00-066
VS. §
§
CITY OF CORPUS CHRISTI §

## DEFENDANT CITY OF CORPUS CHRISTI'S DESIGNATION OF EXPERT WITNESSES

NOW COMES the City of Corpus Christi, and designates the following expert in the above referenced cause:

Raymond G. Cordelli
Cordelli & Associates, Inc.
5125 Woods Resort
Hedgesville, WV 25427-5125
304-754-7294

The information regarding Mr. Cordelli required by FRCP 26 is contained in the attached expert report.

Respectfully submitted,

James R. Bray, Jr., City Attorney

_____
**Peter G. Merkl**, Assistant City Attorney
State Bar No. 13955300
Federal I.D. No. 13564
**Attorney in Charge for Defendant**
**City of Corpus Christi**
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469
(361) 880-3379
(361) 880-3239 Fax

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM20.PLD

## CERTIFICATE OF SERVICE

I do hereby certify that on this **21st** day of **September, 2000**, a true and correct copy of Defendant City of Corpus Christi's Designation of Expert Witnesses was served on the following:

### VIA CM/RRR Z 430 759 448:

Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

### VIA CM/RRR Z 430 759 449:

Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 331394
Corpus Christi, Texas 78463-1394

_____
Peter G. Merkl

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM20.PLD