UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, § | | |
| ROBERT POLANCO, MARK WAGNER§ | | |
| JOHN CAMPBELL AND WELDON § | | |
| WALKER, § | | |
| § | | |
| PLAINTIFFS, § | CIVIL ACTION NO. C-00-066 | |
| V. § | JURY TRIAL | |
| § | | |
| CITY OF CORPUS CHRISTI, § | | |
| § | | |
| DEFENDANT § | | |

United States District Court
Southern District of Texas
FILED

SEP 29 2000

Michael N. Milby, Clerk

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

COME NOW, Plaintiffs in the above-styled cause and file this their Designation of Expert Witnesses:

1. Kathleen L. Day
   Law Office of Kathleen L. Day
   711 N. Carancahua, Suite 1730
   Corpus Christi, Texas 78475
   361-888-4342
   Ms. Day will testify as to the reasonableness and necessity of attorney's fees.

2. Kim Cox
   Law Office of Kim Cox
   1014 Texas Avenue
   Corpus Christi, Texas 78404
   361-882-5404
   Mr. Cox will testify as to the reasonableness and necessity of attorney's fees.

199296\Guerrero,A. \Discovery\desigexp.guerrero.1

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, Texas 78403-1517
(361)888-4342 (Telephone)
(361)883-3444 (Facsimile)

By: _____
Kathleen L. Day
State Bar No. 05610300
Southern District I.D. No. 13976

## CERTIFICATE OF SERVICE

I certify that on September 29, 2000, a complete and correct copy of the foregoing pleading was served by regular mail to all counsel of record.

_____
Kathleen L. Day

Peter Merkl
Kim Cox

199296\Guerrero,A. \Discovery\desigexp.guerrero.1