UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 29 2000

Michael N. Milby, Clerk

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL AND WELDON WALKER § § § § <br><br> VS. § § <br><br> CITY OF CORPUS CHRISTI § § § | CIVIL ACTION NO. C-00-066 |

# DEFENDANT'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26

TO: Plaintiffs, Mary Collins, Thomas Murphy, Robert Polanco, Mark Wagner, John Campbell and Weldon Walker, by and through their attorneys of record, Ms. Kathleen L. Day, P. O. Box 1517, Corpus Christi, Texas 78403-1517 and Kim Cox, 1014 Texas Avenue, P. O. Box 331394, Corpus Christi, Texas 78463-1394.

COMES NOW, Defendant, City of Corpus Christi, by and through their counsel of record, and makes this their supplemental initial disclosures pursuant to Rule 26.

Respectfully submitted,

**James R. Bray, Jr.**, City Attorney

By: _____
**Peter G. Merkl**
Assistant City Attorney
State Bar No. 13955300
Fed. I.D. No. 13564
**ATTORNEY FOR DEFENDANT**
**CITY OF CORPUS CHRISTI**

City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, Texas 78469-9277
(361) 880-3379
(361) 880-3239 Fax

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM22.DIS

16

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this the 29th day of **September, 2000**, via certified mail, return receipt requested to the following named individuals, to wit:

Kathleen L. Day
Attorney at Law
P. O. Box 1517
Corpus Christi, TX 78403-1517

Mr. Kim Cox
Attorney at Law
1014 Texas Avenue
P. O. Box 3313940
Corpus Christi, Texas 78463-1394

_____
**Peter G. Merkl**
Assistant City Attorney

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM22.DIS

## DEFENDANT'S INITIAL DISCLOSURES

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**RESPONSE:**

1. Plaintiffs:
   Mary Collins
   Thomas Murphy
   Robert Polanco
   Mark Wagner
   John Campbell
   Weldon Walker

2. Cynthia Garcia
   Human Resources Director
   City of Corpus Christi
   P. O. Box 9277
   Corpus Christi, Texas 78469-9277
   (361) 880-3300
   *Has knowledge of police pay issues*

3. Sandra Black and Kimberly Galan-Flores
   Payroll Section Supervisors
   City of Corpus Christi
   P. O. Box 9277
   Corpus Christi, Texas 78469-9277
   (361) 880-3000
   *Have knowledge of police pay issues.*

B.    A copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

**RESPONSE:**

These documents are attached to Defendant's Motion for Summary Judgment.

H:\LEG-DIR\NOEMI\PETER\LIT\4455COLL\4455PM22.DIS

C.  A copy of, or description by category of, damages claim by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

N/A


D.  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

N/A