UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 13 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MARY COLLINS, ET AL. | § § § | |
| V. | § § | CIVIL ACTION NO. 00-066 <br> JURY DEMAND |
| CITY OF CORPUS CHRISTI | § § | |

**PLAINTIFF'S MOTION TO ENLARGE TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Mary Collins, et al., asks the court to grant additional time to file Plaintiff's Motion for Summary Judgement, as permitted by Fed. R. Civ. P. 6(b).

1. Plaintiffs filed a lawsuit alleging violations of the Fair Labor Standards Act ("FLSA"), state law and the collective bargaining agreement.

2. The deadline to file dispositive Motions was September 29, 2000.

3. Plaintiffs file this request for an enlargement of time, as they believe that this case could be disposed favorably for the Plaintiffs through granting Plaintiff's Motion for Summary Judgment.

4. Rule 6(b) permits the court to grant a request for an extension of time for "cause shown."

5. Plaintiff asks the court to extend the deadline to file dispositive motions until

1

October 13, 2000, and seeks the additional time for cause shown, not to delay these proceedings. *See* Fed. R. Civ. P. 6(b).

      6.    For these reasons, Plaintiffs asks the court to grant this motion to enlarge time and extend the deadline to file a Motion for Summary Judgment until October 13, 2000.

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, Texas 78403
Telephone:   (361) 888-4342
Telecopier:   (361) 883-3433

By: _____
Kathleen L. Day
State Bar No. 05610300

LAW OFFICE OF KIM COX
1014 Texas Avenue
Corpus Christi, Texas 78404
Telephone:   (361) 882-5404
Telecopier:   (361) 855-8815

By: _____
Kim Cox
State Bar No. 04951500
Southern Dist. I.D. No. 346

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Attorney for Plaintiff conferred with Peter Merkl, attorney for Defendant City of Corpus Christi, and he is opposed to the motion.

_____
KATHLEEN L. DAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via U.S. mail, certified, return receipt requested, 13th day of October, 2000 to all counsel of record.

_____
KATHLEEN L. DAY