United States District Court
Southern District of Texas
ENTERED

OCT 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, ET AL | § | |
| | § | |
| V. | § | Civil Action No. C-00-066 |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

## ORDER STRIKING PLEADING

The Clerk has filed your Plaintiff's Motion to Enlarge Time to File Motion for Summary Judgment (D.E. #18), however, it is deficient in that the Order attached to the Court's copy of the motion bears incorrect style and cause number.

The Clerk is hereby ORDERED to strike the above instrument from the record and notify counsel of such action.

ORDERED this _26th_ day of October, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE