```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY, ROBERT POLANCO, MARK WAGNER JOHN CAMPBELL AND WELDON WALKER, | § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. C-00-066 |
| V. | § § | |
| CITY OF CORPUS CHRISTI, | § § | |
| DEFENDANT | § | |

### PLAINTIFFS' MOTION TO ENLARGE TIME TO AMEND PLEADINGS

Plaintiffs, Mary Collins, et al., ask the court to grant additional time to file Plaintiffs' First Amended Complaint, as permitted by Fed. R. Civ. P. 6(b).

1. Plaintiffs filed a lawsuit alleging violations of the Fair Labor Standards Act ("FLSA"), state law and the collective bargaining agreement.

2. The deadline to amend pleadings was June 30, 2000.

3. Plaintiffs ask to court to allow filing an amended complaint, to clarify issues and request declaratory judgment.

4. For these reasons, Plaintiffs ask the court to grant this motion to enlarge time to amend pleadings to November 17, 2000.



Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, Texas 78403
Telephone:    (361) 888-4342
Telecopier:   (361) 883-3433

By: _____
Kathleen L. Day
State Bar No. 05610300
Southern Dist. I. D. No. 13976

LAW OFFICE OF KIM COX
1014 Texas Avenue
Corpus Christi, Texas 78404
Telephone:    (361) 882-5404
Telecopier:   (361) 855-8815

By: _____
Kim Cox
State Bar No. 04951500
Southern Dist. I.D. No. 346

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Attorney for Plaintiff Kathleen Day conferred with Peter Merkl, attorney for Defendant City of Corpus Christi on November 9, 2000, and he is opposed to the motion.

_____
KATHLEEN L. DAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via U.S. mail and email on this _17th_ day of November, 2000 to all counsel of record.

_____
KATHLEEN L. DAY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY, § <br> ROBERT POLANCO, MARK WAGNER§ <br> JOHN CAMPBELL AND WELDON § <br> WALKER, § <br> § <br> PLAINTIFFS, § <br> V. § <br> § <br> CITY OF CORPUS CHRISTI, § <br> § <br> DEFENDANT § | CIVIL ACTION NO. C-00-066 |

## ORDER ON MOTION TO ENLARGE TIME
## TO FILE AMENDED COMPLAINT

On _____, 2000, the court considered the Plaintiffs' Motion to Enlarge Time to file Amended Complaint. The court finds there is cause to enlarge time to amend pleadings. Therefore, the court GRANTS the request to enlarge until November 17, 2000.

SIGNED _____, 2000.

_____
U.S. DISTRICT JUDGE