UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2000

Michael N. Milby, Clerk

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY ROBERT POLANCO, MARK WAGNER JOHN CAMPBELL and WELDON WALKER § § § § § | |
| VS. § | CIVIL ACTION NO. C-00-066 |
| CITY OF CORPUS CHRISTI § § | |

**MOTION FOR LEAVE TO FILE A
JOINT PRETRIAL ORDER WITHOUT THE SIGNATURE OF COUNSEL**

Plaintiffs ask the Court for leave to file a Pretrial Order without the signature of opposing counsel and for cause would show as follows:

1. Counsel for Defendant City of Corpus Christi has informed Plaintiffs' counsel that he does not agree that the issues presented in Plaintiff's Pretrial Order are properly before the Court.

2. Counsel for Defendant City of Corpus Christi has informed Plaintiffs' counsel that Defendant will file a separate Pretrial Order.

3. For these reasons, Plaintiffs request the Court to grant them leave to file a Pretrial Order without the signature of Defendant's attorney.

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, TX 78403
Telephone:  (361) 888-4342
Fax:        (361) 883-3433

26

*Kathleen L. Day*
Kathleen L. Day
State Bar No. 05610300

LAW OFFICE OF KIM COX
1014 Texas Avenue
Corpus Christi, TX 78404
Telephone:    (361) 225-3956
Fax:          (361) 855-8815

*Kim Cox*
Kim Cox
Stat Bar No. 04951500
Southern Dist. I.D. No. 346

## CERTIFICATE OF CONFERENCE

Attorney for Plaintiff conferred with Peter Merkl, attorney for Defendant City of Corpus Christi, and he is unopposed to the motion.

*Kim Cox*
KIM COX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via U.S. mail, certified, return receipt requested, 21 day of November, 2000 to all counsel of record.

*Kim Cox*
KIM COX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, THOMAS MURPHY | § | |
| ROBERT POLANCO, MARK WAGNER | § | |
| JOHN CAMPBELL and WELDON | § | |
| WALKER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-066 |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

ORDER ON MOTION FOR LEAVE TO FILE
A JOINT PRETRIAL ORDER WITHOUT THE
SIGNATURE OF COUNSEL

On _____, 2000, the court considered the Plaintiffs' Unopposed Motion for Leave to File a Joint Pretrial Order Without the Signature of Counsel. The court finds there is cause for leave. Therefore, the court GRANTS the Motion For Leave to File a Joint Pretrial Order Without the Signature of Counsel.

SIGNED _____, 2000.

_____
U.S. DISTRICT JUDGE