IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 29 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARY COLLINS, THOMAS MURPHY ROBERT POLANCO, MARK WAGNER, JOHN CAMPBELL, WELDON WALKER<br><br>Plaintiffs<br>V.<br><br>CITY OF CORPUS CHRISTI<br><br>Defendant. | § § § § § § § § § § |

CIVIL ACTION NO. C-00-066

### ORDER STRIKING PLAINTIFFS' AMENDED COMPLAINT

The Court hereby STRIKES Plaintiffs' Amended Complaint, as the deadline for amended pleadings in this action expired on June 30, 2000 and a party must move for leave to file an amended complaint.

ORDERED on this the 28th day of November, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE