United States District Court
Southern District of Texas
ENTERED

NOV 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, ET AL | § | |
| | § | |
| V. | § | Civil Action No. C-00-066 |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

### ORDER DENYING PLAINTIFFS' MOTION
### TO ENLARGE TIME TO AMEND PLEADINGS

On this day came on to be considered Plaintiffs' Motion to Enlarge Time to Amend Pleadings. Plaintiffs' Motion to Enlarge Time to Amend Pleadings is hereby DENIED.

ORDERED this 28 day of Nov~~October~~, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE