United States District Court
Southern District of Texas
FILED

NOV 30 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MARY COLLINS, ET AL.** | § § § | |
| **V.** | § § | **CIVIL ACTION NO. 00-066**<br>**JURY DEMAND** |
| **CITY OF CORPUS CHRISTI** | § § | |

### JOINT MOTION TO REMOVE FROM THE JURY DOCKET
### AND TO BIFURCATE TRIAL

Plaintiffs and Defendant ask the court to remove the above-styled lawsuit from the jury docket, as follows:

1. Plaintiffs filed a lawsuit alleging violations of the Fair Labor Standards Act ("FLSA"), state law and the collective bargaining agreement. Defendants have denied the allegations.

2. Jury trial is set for December 4, 2000.

3. After discovery and three unsuccessful attempts at alternative dispute resolution, the parties believe that the issues are primarily legal, and not factual, and therefore more appropriate for the Court to decide, and not a jury.

4. The parties believe that after the court's ruling on the law, the parties will resolve the issue of damages, if any. In the interest of judicial economy, the parties ask the court to bifurcate the trial, by hearing the issues of law on December 4, 2000, and setting a hearing on damages at a later date, if such a hearing is necessary.

5. For these reasons, the parties ask the court to grant their joint motion to remove

from the jury docket and to bifurcate the trial.

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, Texas 78403
Telephone: (361) 888-4342
Telecopier: (361) 883-3433

By: _____
Kathleen L. Day
State Bar No. 05610300
Southern Dist. I.D. No. 13976


LAW OFFICE OF KIM COX
1014 Texas Avenue
Corpus Christi, Texas 78404
Telephone: (361) 882-5404
Telecopier: (361) 855-8815

By: _____
Kim Cox
State Bar No. 04951500
Southern Dist. I.D. No. 346

**ATTORNEYS FOR PLAINTIFFS**

                      JAMES R. BRAY, JR., CITY ATTORNEY

By: _____
      Peter G. Merkl
      Assistant City Attorney
      State Bar No. 13955300
      Fed. I.D. No. 13564
      City of Corpus Christi
      P.O. Box 9277
      Corpus Christi, Texas 78469-9277
      Telephone: (361) 880-3379
      Telecopier: (361) 880-3239

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent via handdelivery on this 30th day of November, 2000 to all counsel of record.

_____
KATHLEEN L. DAY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, ET AL. | § | |
| | § | |
| | § | CIVIL ACTION NO. 00-066 |
| V. | § | JURY DEMAND |
| | § | |
| CITY OF CORPUS CHRISTI | § | |

## ORDER ON JOINT MOTION TO REMOVE FROM THE JURY DOCKET AND TO BIFURCATE TRIAL

On _____, 2000, the court considered the parties Joint Motion to Remove from the Jury Docket and to Bifurcate Trial. The court finds there is merit to the parties motion.

IT IS ORDERED the cause removed from the jury docket and placed on the nonjury docket, to be tried on December 4, 2000.

IT IS ALSO ORDERED that the cause be bifurcated, with the legal issues to be tried to the court on December 4, 2000, and the damage issues to be tried at a later date, if necessary.

SIGNED AND ENTERED _____, 2000.

_____
U.S. DISTRICT JUDGE