United States District Court
Southern District of Texas
FILED

DEC 07 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARY COLLINS, ET AL. | § § § | |
| v. | § § § | CIVIL ACTION NO. 00-066 JURY DEMAND |
| CITY OF CORPUS CHRISTI | § § | |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment of the district court for the Southern District of Texas, Corpus Christi Division, entered in this case on November 29th, 2000, granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

LAW OFFICE OF KATHLEEN L. DAY
P.O. Box 1517
Corpus Christi, Texas 78403
Telephone:   (361) 888-4342
Telecopier:   (361) 883-3433

By: _____
Kathleen L. Day
State Bar No. 05610300
Southern Dist. 13976

1

34

LAW OFFICE OF KIM COX
1014 Texas Avenue
Corpus Christi, Texas 78404
Telephone:    (361) 882-5404
Telecopier:   (361) 855-8815

By: _____
Kim Cox
State Bar No. 04951500
Southern Dist. I.D. No. 346

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via U.S. mail on this 8th day of December, 2000 to all counsel of record.

_____
KATHLEEN L. DAY

2