# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 00-41468
Summary Calendar

---

D.C. Docket No. C-00-CV-66

U.S. COURT OF APPEALS
FILED
OCT 2 6 2001
CHARLES R. FULBRUGE III
CLERK

MARY COLLINS; THOMAS MURPHY; ROBERT POLANCO;
MARK ANTHONY WAGNER; JOHN CAMPBELL; WELDON WALKER

    Plaintiffs - Appellants

v.

CITY OF CORPUS CHRISTI

    Defendant - Appellee

United States District Court
Southern District of Texas
FILED
NOV 21 2001
MICHAEL N. MILBY CLERK

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 19 2001

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
    Deputy
New Orleans, Louisiana

NOV 19 2001

36-

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

November 19, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Corpus Christi
United States District Court
1133 N Shoreline Boulevard
Corpus Christi, TX 78401

    No. 00-41468 Collins v. City of Corpus
    USDC No. C-00-CV-66

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Volume     (   ) Envelopes     (   ) Boxes

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: /s/ Dianah Buttone
    Dianah Buttone, Deputy Clerk
    504-589-6514 ITCM # 200

cc: (letter only)
    Honorable Janis Graham Jack
    Ms Kathleen LaNell Day
    Mr Peter Gerard Merkl

MDT-1